**EXHIBIT 2:** INFRINGEMENT
URL:
https://instagram.com/stories/chrissyteigen/2863714183138015392?utm_source=ig_story_item_share&igshid=YmMyMTA2M2Y=

